COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of DOROTHY MURPHY, Respondent, v. PETER LAHENEY, Appellant.— Order affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NICHOLAS E. FONTANA, Respondent, v. BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ANNA HYERS, Respondent, v. JAMES L. HYERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MANHATTAN SQUARE BERESFORD, INC., Appellant, v. ALFRED HAGEDORN, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Transfer Tax upon the Estate of CHARLES ROTH, Deceased. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. [138 Misc. 347.]

VICTOR M. MARIN, as Ancillary Administrator, etc., of JUAN-ROMAN GARCIA TUDURI, Deceased, Appellant, v. FRANCISCA REYES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ARTHUR E. STECKLER, Appellant, v. WILLIAM L. DEUTSCH, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ARTHUR E. STECKLER, Plaintiff, v. WILLIAM L. DEUTSCH, Respondent, and IRVING D. KARPAS, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HIRAM P. FREAR, Appellant, v. L. BARTH & SON, a Corporation, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended supplemental complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Finch and Sherman, JJ., dissent on the ground that a cause of action in *quantum meruit* is stated against the corporate defendant.

In the Matter of the Application of CHARLES P. CONNELL, Respondent, for an Order Giving Leave to Inspect and Examine the Records in the Highway Department of the City of New York, or Such Other Department Having Charge of Making Repairs in the Streets or Paving Streets in the Borough of Manhattan, City of New York, Pursuant to Section 1545 of the Greater New York Charter.█ JULIUS M. MILLER, President, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.